IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | O'neal, Ella Mae | Case Number: 04 B 17502 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 2/5/08 | Filed: 5/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 18, 2008
Confirmed: July 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 26,360.00 | |
| Secured: | | 15,419.41 |
| Unsecured: | | 3,250.54 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 1,101.93 |
| Other Funds: | | 4,588.12 |
| Totals: | 26,360.00 | 26,360.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 11,074.25 | 11,074.25 |
| 4. | American General Finance | Secured | 4,345.16 | 4,345.16 |
| 5. | CCO Mortgage/RBS Citizens | Unsecured | 200.00 | 200.00 |
| 6. | CCO Mortgage/RBS Citizens | Unsecured | 350.00 | 350.00 |
| 7. | Specialized Management Consultants | Unsecured | 784.95 | 1,046.60 |
| 8. | Fingerhut Corporation | Unsecured | 1,196.61 | 1,595.48 |
| 9. | American General Finance | Unsecured | 43.85 | 58.46 |
| 10. | Schottler & Zukosky | Priority | | No Claim Filed |
| 11. | CitiFinancial | Unsecured | | No Claim Filed |
| 12. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 13. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 14. | Spiegel | Unsecured | | No Claim Filed |
| 15. | M & I Bank | Unsecured | | No Claim Filed |
| 16. | St James Hospital | Unsecured | | No Claim Filed |
| 17. | Saks Fifth Avenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,994.82 | $ 20,669.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 87.37 |
| 6.5% | 324.01 |
| 3% | 55.92 |
| 5.5% | 304.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'neal, Ella Mae

Printed: 2/5/08

Case Number: 04 B 17502
Judge: Squires, John H
Filed: 5/4/04

|       |        |
|-------|--------|
| 5%    | 64.86  |
| 4.8%  | 97.08  |
| 5.4%  | 168.64 |
|       | _____ |
|       | $ 1,101.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

